NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-263

STATE OF LOUISIANA

VERSUS

DENISE DUMAS

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 20648-02
HONORABLE ALCIDE JOSEPH GRAY, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED IN PART & REMANDED.

Rick Bryant
District Attorney
1020 Ryan Street
Lake Charles, LA 70602-0000
(337) 437-3400
Counsel for Appellee:
State of Louisiana

**Hardy M. Parkerson**
**Attorney at Law**
**3309 Common St. #B**
**Lake Charles, LA 70601-0000**
**(337) 478-6126**
**Counsel for Defendant/Appellant:**
**Denise Dumas**